# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-4156EM

———————

| | | |
|---|---|---|
| Helga Gallop, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Secretary of the United States | * | District Court for the Eastern |
| Department of the Army; Unknown | * | District of Missouri. |
| Commander, United States Army | * | |
| Finance and Accounting Center; United | * | [UNPUBLISHED] |
| States Department of Justice, Janet | * | |
| Reno, United States Attorney General, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: January 7, 1999
Filed: January 19, 1999

———————

Before FAGG, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Helga Gallop appeals the district court's dismissal for lack of jurisdiction of Gallop's suit against the Secretary of the Army and others. Having carefully reviewed the record, we conclude the district court correctly determined it lacked subject matter jurisdiction. Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

   CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.